1  William M. Audet (CA State Bar #117456)
2  waudet@audetlaw.com
   Dana M. Isaac (CA State Bar #278848)
3  disaac@audetlaw.com
   AUDET & PARTNERS, LLP
4  221 Main Street, Suite 1460
   San Francisco CA 94105
5  Telephone: 415.982.1776
6  Facsimile: 415.576.1776

7  *Attorneys for Plaintiff*

8
9
10
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13

| NICOLE BAKER, | |
|---|---|
| Plaintiff, | Case No.: C:13-0490 TEH |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE THE HEARING DATE ON THE MOTION TO DISMISS AND TO ALLOW FILING OF THE SECOND AMENDED COMPLAINT** |
| BAYER HEALTHCARE PHARMACEUTICALS INC., | |
| Defendant | |
| | **Complaint Filed: February 4, 2013** |

WHEREAS, Plaintiff filed her complaint on February 4, 2013;

WHEREAS, Plaintiff filed her First Amended Complaint on February 6, 2013;

WHEREAS, Defendant in the above-captioned matter filed its Motion to Dismiss Plaintiff's First Amended Complaint on August 28, 2013;

WHEREAS, Plaintiff intends to file a Second Amended Complaint in response to the Motion to Dismiss;

WHEREAS, the current due date for Plaintiff's Opposition to the Motion to Dismiss is

**STIPULATION AND [PROPOSED] ORDER TO VACATE THE HEARING DATE ON THE MOTION TO DISMISS AND TO ALLOW FILING OF THE SECOND AMENDED COMPLAINT**

1  September 11, 2013;

2      WHEREAS, in the interests of judicial economy Plaintiff has requested and Defendant
3  has agreed to withdraw the Motion to Dismiss, vacate the opposition and reply due dates, as
4  well as the hearing date set for October 7th, 2013, and stipulate to an order allowing the filing of
5  the Second Amended Complaint without motion practice, provided Defendant reserves its right
6  to file a subsequent motion to dismiss, if appropriate, in response to Plaintiff's Second Amended
7  Complaint; and

8      WHEREAS this is the first such request in this case and it will not affect any other
9  deadlines currently in place;

10 IT IS HEREBY STIPULATED AND AGREED THAT:

11     Defendant's Motion to Dismiss is withdrawn and the hearing date vacated. Plaintiff shall
12 have thirty days from the date of the order to file her Second Amended Complaint.  Defendant
13 reserves its right to file a subsequent motion to dismiss if appropriate.

14 Dated: <u>Sept. 9, 2013</u>                AUDET & PARTNERS, LLP

15
16                                                 */s/*_____
17                                                 William M. Audet (CA State Bar #117456)
                                               waudet@audetlaw.com
18                                                Dana M. Isaac (CA State Bar #278848)
                                               disaac@audetlaw.com
19                                                221 Main Street, Suite 1460
                                               San Francisco, CA  94105
20                                                Telephone: 415.982.1776
                                               Facsimile: 415.576.1776
21                                                *Attorneys for Plaintiff*

22 Dated: <u>Sept. 9, 2013</u>

23                                                SHOOK, HARDY & BACON

24                                                */s/*_____
                                               Alicia J. Donahue (CA State Bar # 117412)
25                                                adonahue@shb.com
26                                                One Montgomery, Suite 2700
                                               San Francisco, CA, 94104
27                                                Telephone: 415.544.1900
                                               Facsimile: 415.391.0281
28                                                *Attorney for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Defendant's Motion to Dismiss is withdrawn and the hearing date vacated. Plaintiff shall file her Second Amended Complaint 30 days from the date of this order.  Defendant shall file a responsive motion or answer thereafter.

Dated: 09/10/2013



Judge Thelton E. Henderson