1  William M. Audet (SBN: 117456)
   Mark E. Burton, Jr. (SBN: 178400)
2  Jill T. Lin (SBN: 284962)
   AUDET & PARTNERS, LLP
3  221 Main Street, Suite 1460
   San Francisco, California 94105
4  Telephone:    415.568.2555
5  Facsimile:    415.568.2556

6  *Attorneys for Plaintiff Nicole Baker*

7  Alicia J. Donahue, SBN 117412
   Amir Nassihi, SBN 235936
8  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
9  San Francisco, California 94104
   Telephone: 415.544.1900
10 Facsimile: 415.391.0281

11 *Attorneys for Defendant*
   *BAYER HEALTHCARE*
12 *PHARMACEUTICALS INC.*

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17 | NICOLE BAKER,                     | Case No. 3:13-cv-00490-TEH
18 |                Plaintiff,          | **STIPULATION AND [~~PROPOSED~~]**
19 |       v.                           | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
20 | BAYER HEALTHCARE
   | PHARMACEUTICALS, INC.,
21 |                                    | Honorable Thelton E. Henderson
   |                Defendant.
22

23

24        Pursuant to Paragraph 4 of the Civil Standing Orders of the Honorable Thelton E. Henderson

25 and Rule 7-12 of the Civil Local Rules for the United States District Court for the Northern District

26 of California, Plaintiff Nicole Baker ("Plaintiff") and Defendant Bayer HealthCare Pharmaceuticals

27 Inc. ("Defendant") (collectively referred to as the "Parties") through their respective counsel hereby

28

                                                    STIPULATION AND [PROPOSED] ORDER
                                                    Case No. 3:13-cv-00490-TEH

292627 v1

1  submit this stipulated request to continue the August 18, 2014 case management conference in this
2  matter to October 14, 2014, or any other later date convenient for the Court's calendar.

3      This stipulated request is based upon the fact that Parties are still working on resolving the
4  issues discussed at the prior May 19, 2014 Case Management Conference, and indeed recently
5  resolved much of the issues in dispute and are thus in the process of obtaining additional materials as
6  a result of those agreements.

7      Specifically, on June 11, 2014, the Parties' submitted a Joint Discovery Letter outlining each
8  side's position regarding Plaintiff's complaints concerning Defendant's production of documents as
9  it relates to adverse event reports and sales call notes. (Dkt. 50)  On June 16, 2014, the Court issued
10  an order terminating the Joint Discovery Letter Brief, and ordered the parties to meet and confer in
11  the manner set forth in the Court's General Standing Order, and to file an updated joint letter that
12  identifies the specific requests for production at issue. (Dkt. 51)

13      At a July 29, 2014 meet and confer on this issue, the Parties resolved their dispute over
14  Defendant's production of adverse event reports.  The dispute concerning Defendant's production of
15  sales call notes will soon be re-presented to the discovery referral Magistrate, Honorable Kandis
16  Westmore.

17      Separately, on July 17, 2014, the Parties were able to resolve a significant part of their
18  dispute concerning Defendant's collection of Plaintiff's medical records.  As a result, Defendant has
19  re-served records subpoenas for collection of Plaintiff's medical records.

20      Parties believe that a Case Management Conference would be more productive and that
21  Parties would be better positioned to meet and confer on proposed pretrial deadlines after Parties
22  have obtained the sought after records or otherwise addressed their discovery disagreements.
23  Accordingly, the Parties respectfully request that this Court continue the August 18, 2014 case
24  management conference.

25  //
26  //
27
28

1    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective attorneys of record that:

1. The August 18, 2014 case management conference is continued to October 14, 2014, or to a later date convenient the Court's calendar; and

| | | |
|---|---|---|
| Dated: August 6, 2014 | By: | /s/ Jill T. Lin |
| | | Jill T. Lin |

Attorneys for Plaintiff
Nicole Baker

| | | |
|---|---|---|
| Dated: August 6, 2014 | By: | /s/ Alicia J. Donahue |
| | | Alicia J. Donahue |

Attorneys for Defendant
Bayer HealthCare Pharmaceuticals Inc.

Pursuant to L.R. 5-11(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By:   /s/ Alicia J. Donahue
      Alicia J. Donahue

3

STIPULATION AND [PROPOSED] ORDER
Case No. 3:13-cv-00490-TEH

292627 v1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

2  The Court hereby orders that the case management conference currently set for August 18,

3  2014 is continued to October  6 , 2014, at 1:30 p.m.  The relevant deadlines under Rule 26 of the

4  Federal Rules of Civil Procedure and Civil Local Rule 16-9 are continued to track the new date for

5  the case management conference.

6  IT IS SO ORDERED.

7  Dated:   08/11/2014          _____

8  THE HONORABLE THELTON E. HENDERSON
   U.S. DISTRICT COURT JUDGE

4

292627 v1