```
 1  William M. Audet (SBN: 117456)
    Mark E. Burton, Jr. (SBN: 178400)
 2  Jill T. Lin (SBN: 284962)
    AUDET & PARTNERS, LLP
 3  221 Main Street, Suite 1460
    San Francisco, California  94105
 4  Telephone:      415.568.2555
    Facsimile:      415.568.2556
 5
    Attorneys for Plaintiff Nicole Baker
 6
    Alicia J. Donahue (SBN 117412)
 7  Amir Nassihi (SBN 235936)
    SHOOK, HARDY & BACON L.L.P.
 8  One Montgomery, Suite 2700
    San Francisco, California 94104
 9  Telephone: 415.544.1900
    Facsimile: 415.391.0281
10
    Attorneys for Defendant
11  BAYER HEALTHCARE
    PHARMACEUTICALS INC.
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NICOLE BAKER, | Case No. 3:13-cv-00490-TEH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC., | |
| Defendant. | Honorable Thelton E. Henderson |

Pursuant to Paragraph 4 of the Civil Standing Orders of the Honorable Thelton E. Henderson and Rule 7-12 of the Civil Local Rules for the United States District Court for the Northern District of California, Plaintiff Nicole Baker ("Plaintiff") and Defendant Bayer HealthCare Pharmaceuticals Inc. ("Defendant") (collectively referred to as the "Parties") through their respective counsel hereby

1  submit this stipulated request to continue the October 6, 2014 case management conference in this
2  matter to October 27, 2014, or any other later date convenient for the Court's calendar.

3        This stipulated request is based upon the fact that defense counsel had a longstanding pre-
4  booked East Coast trip for a client meeting and will not be able to attend the October 6, 2014 case
5  management conference. The Parties recently filed stipulation and proposed order to continue the
6  case management conference to October 14, 2014, to allow time for parties to work on resolving
7  their ongoing discovery disputes. (Dkt. 54) However, the Court scheduled the conference to
8  October 6, 2014, a date in conflict with defense counsel's prior pre-booked travel arrangements to
9  the East Coast.

10        The Parties are in the process of finalizing a Joint Discovery Letter outlining each side's
11  position pertaining to Plaintiff's complaints regarding Defendant's production of documents as it
12  relates to adverse event reports and sales call notes.

13        Accordingly, the Parties respectfully request that this Court continue the October 6, 2014
14  Case Management Conference to October 27, November 3, November 10, 2014, or to a later date
15  more convenient to the Court's calendar.

16        NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through
17  their respective attorneys of record that:

18      1. The October 6, 2014 case management conference is continued to October 27, 2014,
19         November 3, November 10, or to a later date convenient to the Court's calendar; and
20      2. The relevant deadlines under Rule 26 of the Federal Rules of Civil Procedure and Civil
21         Local Rule 16-9 are continued to track the new date for the case management conference.

22  
23  Dated: August 29, 2014             By:   /s/ Jill T. Lin
                                                                 Jill T. Lin
24  
25                                                       Attorneys for Plaintiff
                                                   Nicole Baker

26  //
27  //
28  
                                                    2

Dated: August 29, 2014            By:     /s/ Alicia J. Donahue
                                                 Alicia J. Donahue

Attorneys for Defendant
Bayer HealthCare Pharmaceuticals Inc.

Pursuant to L.R. 5-11(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                             By:     /s/ Alicia J. Donahue
                                                             Alicia J. Donahue

**[~~PROPOSED~~] ORDER**

The Court hereby orders that the case management conference currently set for October 6, 2014 is continued to October 27, 2014, ~~November 3, November 10, or to a later date convenient to the Court's calendar~~. The relevant deadlines under Rule 26 of the Federal Rules of Civil Procedure and Civil Local Rule 16-9 are continued to track the new date for the case management conference.

IT IS SO ORDERED.

Dated: ___09/02/2014___          _____
                                 THE HONORABLE THELTON E. HENDERSON
                                 U.S. DISTRICT COURT JUDGE